IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INCUBADORA MEXICANA, SA DE CV and INCUBADORAS RANCHO GRANDE S.A. DE C.V., <br> Plaintiffs, <br><br> v. <br><br> ZOETIS, INC. and PFIZER, INC., <br> Defendants. | CIVIL ACTION <br><br><br><br> NO. 15-216 |

## ORDER

**AND NOW**, this 31st day of July, 2015, upon consideration of Defendant Zoetis Inc.'s Motion to Dismiss Pursuant to the *Forum Non Conveniens* Doctrine (ECF No. 14); Defendant Pfizer Inc.'s Motion to Dismiss Pursuant to the *Forum Non Conveniens* Doctrine (ECF No. 23); Plaintiffs' response thereto (ECF No. 19); and Defendants' reply (ECF No. 24), it is **ORDERED** that:

(1) Defendant Zoetis' Motion to Dismiss Pursuant to the *Forum Non Conveniens* Doctrine (ECF No. 14) is **DENIED**; and

(2) Defendant Pfizer Inc.'s Motion to Dismiss Pursuant to the *Forum Non Conveniens* Doctrine (ECF No. 23) is **DENIED**.

BY THE COURT:

/s/ W. Beetlestone
_____
WENDY BEETLESTONE, J.