IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **INCUBADORA MEXICANA, SA DE CV** and **INCUBADORAS RANCHO GRANDE S.A. DE C.V.**, **Plaintiffs,** v. **ZOETIS, INC. and PFIZER, INC.,** **Defendants.** | **CIVIL ACTION** **NO. 15-216** |

## O R D E R

**AND NOW**, this 16th day of September, 2015, upon consideration of Defendant Zoetis Inc.'s and Pfizer Inc.'s Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 29); Plaintiffs' response thereto (ECF No. 32); and Defendants' reply (ECF No. 33), it is **ORDERED** that:

(1) The Defendants' motions are **GRANTED IN PART AND DENIED IN PART**;

(2) The motion to dismiss pursuant to Rule 19 is **DENIED**;

(3) Plaintiffs' claims in Count One (negligence), Count Two (negligent hiring and supervision), Count Nine (negligent misrepresentation), and Count Ten (strict liability) are **DISMISSED WITH PREJUDICE**;

(4) The motions to dismiss Count Three (breach of express warranty) and Count Six (breach of implied warranties of merchantability and/or fitness for a particular purchase) are **DENIED** with respect to Defendant Zoetis, Inc. and **GRANTED** with respect to Defendant Pfizer, Inc.; Plaintiffs' claims in Count Three and Count Five are **DISMISSED WITH PREJUDICE** against Defendant Pfizer;

(5) The motion to dismiss Count Seven (unjust enrichment) is **DENIED**;

(6) The Plaintiffs' claims in Count Eight (fraud) are **DISMISSED WITH PREJUDICE**.

BY THE COURT:

/S/WENDY BEETLESTONE, J.

_____
**WENDY BEETLESTONE, J.**