# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **INCUBADORA MEXICANA, SA DE CV** and **INCUBADORA RANCHO GRANDE S.A. DE C.V.**,     **Plaintiffs,** <br><br> v. <br><br> **ZOETIS, INC. and PFIZER, INC.,**     **Defendants.** | **CIVIL ACTION** <br><br><br> **NO. 15-216** |

## O R D E R

**AND NOW**, this 29th day of August, 2016, upon consideration of Defendants' Renewed Motion to Dismiss Pursuant to the *Forum Non Conveniens* Doctrine (ECF No.57), the Plaintiff's response thereto (ECF No. 62) and Defendants' Reply (ECF No. 67) it is hereby **ORDERED** that the Motion is **DENIED**.

                                                    **BY THE COURT:**

                                                    **/S/WENDY BEETLESTONE, J.**

                                                    _____
                                                    **WENDY BEETLESTONE, J.**